

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

February 17, 1950

Hon. John F. May                    Opinion No. V-1001.
District Attorney
81st Judicial District   Re: The present maximum salaries
Karnes City, Texas           of the Chief Deputy Sheriff
                             and of other deputy sheriffs
Dear Sir:                    of Wilson County.

          Your request for an opinion is in part as fol-
lows:

          "(1) What is the maximum salary that
     Wilson County may pay to the Chief Deputy
     Sheriff?

          "(2) What is the maximum salary that
     Wilson County may pay to deputy sheriffs
     other than the chief deputy sheriff?"

          In Attorney General Opinion No. V-457 it was
held that two conditions must exist in order for a county
to come within the provisions of Article 3912e-12, V.C.S.
First, the county must have a population of less than
20,000 and, second, its county officers must be compensat-
ed on a salary basis.

          Wilson County has a population, according to
the 1940 Federal census, of 17,066 inhabitants, but its
county officers (with the exception of the sheriff) are
compensated on a "fee" basis rather than a "salary" bas-
is. Therefore, the compensation of the deputy sheriffs
in Wilson County is not governed by the provisions of
Article 3912e-12. Their compensation on the other hand
is governed by the provisions of Articles 3902 and 3912g,
V.C.S.

          Section 2 of Article 3912g provides:

          "The Commissioners Court in each county
     of this State is hereby authorized, when in
     their judgment the financial condition of the
     county and the needs of the deputies, assist-
     ants and clerks of any district, county or

precinct officer justify the increase, to en-
ter an order increasing the compensation of
any such deputy, assistant or clerk in an ad-
ditional amount not to exceed thirty-five
(35%) per cent of the sum allowed under the
law for the fiscal year of 1948."

In order to determine the "sum allowed under
the law for the fiscal year of 1948" to the deputy sher-
iffs of Wilson County we must look to the provisions of
Article 3902, V.C.S. We quote the provisions of Arti-
cle 3902 applicable to Wilson County:

"1. In counties having a population of
twenty-five thousand (25,000)or less inhab-
itants, first assistant or chief deputy not
to exceed Eighteen Hundred ($1800.00) Dollars
per annum; other assistants, deputies or
clerks not to exceed Fifteen Hundred ($1500.-
00) Dollars per annum each."

"9. The Commissioners Court is hereby
authorized, when in their judgment the finan-
cial condition of the county and the needs of
the deputies, assistants and clerks of any
district, county or precinct officer justify
the increase, to enter an order increasing
the compensation of such deputy, assistant or
clerk in an additional amount not to exceed
twenty-five (25%) per cent of the sum allow-
ed under the law for the fiscal year of 1944,
provided the total compensation authorized un-
der the law for the fiscal year of 1944 did
not exceed Thirty-six Hundred ($3600.00) Dol-
lars."

"The sum allowed under the law for the fiscal
year 1944" that the Commissioners' Court could allow the
deputy sheriffs in Wilson County was governed by the pro-
visions of subdivision 1 of Article 3902 above quoted.
Subdivision 9 authorized an increase not exceeding 25
per cent of such sum. Therefore, in 1948, the chief
deputy was entitled to $1800 plus $450 (25% of $1800) or
to the sum of $2250. The other deputies of Wilson Coun-
ty were entitled to $1500 plus $375 (25% of $1500) or
$1875.

By virtue of the provisions of Article 3912g
deputies of county officers may receive an additional

Hon. John F. May, page 3 (V-1001)

increase not to exceed "thirty-five (35%) per cent of the sum allowed under the law for the fiscal year of 1948." Therefore, the chief deputy of the sheriff of Wilson County may receive an increase not to exceed $787.50 (35% of $2250) while the other deputies may receive an increase not to exceed $656.25 (35% of $1875).

Therefore, the maximum salaries of the deputy sheriffs of Wilson County are as follows:

Chief Deputy .....$3037.50 ($2250 plus $787.50).

Other Deputies ...$2531.25 ($1875 plus $656.25).

### SUMMARY

The deputies of the sheriff of Wilson County may receive in 1950 the sum allowed under subdivision 1 of Article 3902 plus the increase allowed under subdivision 9 of Article 3902 plus an additional increase allowed under Section 2 of Article 3912g, to wit: $3037.50 for the chief deputy and $2531.25 for other deputies. Articles 3902 and 3912g, V.C.S.; Attorney General Opinion No. V-457.

Yours very truly,

PRICE DANIEL
Attorney General

APPROVED:

J. C. Davis, Jr.
County Affairs Division

Charles D. Mathews
Executive Assistant

JR:bh

By John Reeves
John Reeves
Assistant